UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Donald Wayne Jones	Docket No. 5:96-CR-70-1M

Petition for Action on Supervised Release

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Donald Wayne Jones, who, upon an earlier plea of guilty to Conspiracy to Possess with Intent to Distribute Cocaine Base, in violation of 21 U.S.C. §§ 841(a)(1) and 846, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on October 15, 1996, to the custody of the Bureau of Prisons for a term of 360 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On October 24, 2019, the term of supervised release was reduced to four years.

Donald Wayne Jones was released from custody on September 27, 2021, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has agreed to participate in a cognitive behavioral program to enhance critical thinking and improve his ability to make positive decisions in his life. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Melissa K. Lunsmann
Melissa K. Lunsmann
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Scott Plaster
Scott Plaster
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8808
Executed On: October 24, 2023

ORDER OF THE COURT

Considered and ordered this 25th day of October, 2023, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief U.S. District Judge

Case 5:96-cr-00070-M   Document 96   Filed 10/26/23   Page 1 of 1